No. 952, October Term, 1945. SABIN ET AL. *v.* HOME OWNERS' LOAN CORP. ET AL. March 31, 1947. The motions for leave to file second petitions for rehearing are denied. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. 329 U. S. 823.

No. 182. MACKEY *v.* NEW YORK. March 31, 1947.

No. 874. PESKOE *v.* UNITED STATES. March 31, 1947.

No. 543. FEDERAL POWER COMMISSION ET AL. *v.* ARKANSAS POWER & LIGHT Co. April 7, 1947.

No. 910. BUCKNER ET AL. *v.* TWEED, TRADING AS F. A. TWEED Co. April 7, 1947.

No. 953. SANITARY DISTRICT OF CHICAGO *v.* ACTIVATED SLUDGE, INC. ET AL. April 7, 1947.